**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy            06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Timothy Hill Children's Ranch, Inc.** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **11-2394864** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **298 Middle Country Road** **Riverhead, NY 11901** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Suffolk** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor    **Timothy Hill Children's Ranch, Inc.**                                    Case number (*if known*) _____
              Name

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____6239_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **Timothy Hill Children's Ranch, Inc.**                                Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

---

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

---

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

---

| | | | |
|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☐ 1-49<br>■ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

---

| | | | |
|---|---|---|---|
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

---

| | | | |
|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor   **Timothy Hill Children's Ranch, Inc.**                                   Case number (*if known*) _____
         Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Timothy Hill Children's Ranch, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 9, 2023**
                        MM / DD / YYYY

**X** **/s/ Thaddaeis Hill**                                          **Thaddaeis Hill**
Signature of authorized representative of debtor           Printed name

Title   **Executive Director**

**18. Signature of attorney**

**X** **/s/ Heath S. Berger**                          Date **October 9, 2023**
Signature of attorney for debtor                                 MM / DD / YYYY

**Heath S. Berger**
Printed name

**Berger, Fischoff, Shumer, Wexler & Goodman, LLP**
Firm name

**6901 Jericho Turnpike**
**Suite 230**
**Syosset, NY 11791**
Number, Street, City, State & ZIP Code

Contact phone   **516-747-1136**        Email address   **hberger@bfslawfirm.com/gfischoff@bfslawfirm.com**

**hb-7802 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Timothy Hill Children's Ranch, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 9, 2023**          X */s/ Thaddaeis Hill*
                                          Signature of individual signing on behalf of debtor

                                          **Thaddaeis Hill**
                                          Printed name

                                          **Executive Director**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Timothy Hill Children's Ranch, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bento PO Box 190608 San Francisco, CA 94119** | | Vendor | | | | $25,000.00 |
| **Cerini & Associates 3340 Veterans Memorial Highway Bohemia, NY 11716** | | Services | | | | $24,000.00 |
| **Chase Bank PO Box 15298 Wilmington, DE 19850-5298** | | Credit card | | | | $28,066.83 |
| **Devitt Spellman Barrett LLP 50 Route 111 Smithtown, NY 11787** | | Legal fees | | | | $10,650.00 |
| **Dime 15 Frowein Road Suite A-3 Center Moriches, NY 11934** | | Credit card | | | | $17,350.98 |
| **Eric Rogers CPA Rogers and Company CPA 534 Broadhollow Road Melville, NY 11747** | | Services | | | | $3,000.00 |
| **GardaWorld Security Services PO Box 843886 Kansas City, MO 64184-3886** | | Services | | | | $5,437.98 |
| **Griffing Hardware Co PO Box 448 Riverhead, NY 11901-0448** | | Vendor | | | | $4,235.08 |

Debtor  **Timothy Hill Children's Ranch, Inc.**                          Case number *(if known)*
                        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hampton Hills Golf & Country Club PO Box 1087 Westhampton, NY 11978 | | Vendor | | | | $6,505.81 |
| J&S Construction 1843 Forman Drive Cookeville, TN 38501 | | Vendor | | | | $173,492.82 |
| Joseph Germana 12 Rose Lane Wallkill, NY 12589 | | Vendor | | | | $3,930.78 |
| MityLife Inc PO Box 732698 Dallas, TX 75373-2698 | | Vendor | | | | $4,082.25 |
| Peconic Bay Medical Center PO Box 350 Plainview, NY 11803-0350 | | Services | | | | $7,646.21 |
| Philadelphia Insurance Companies PO Box 70251 Philadelphia, PA 19176-0251 | | Premiums | | | | $14,455.00 |
| Pryor Cashman LLP PO Box 22556 New York, NY 10087-2556 | | Legal fees | | | | $25,071.70 |
| Riverhead Building Supply 250 David Court Calverton, NY 11933 | | Vendor | | | | $4,045.62 |
| Sidhal Industries LLC 176 Front Street Hempstead, NY 11550 | | Vendor | | | | $6,178.26 |
| Talmage Enterprises Ltd 1122 Osborne Avenue Riverhead, NY 11901 | | Vendor | | | | $3,636.99 |
| Tech360 4 Sunflower Court Holtsville, NY 11742 | | Vendor | | | | $3,400.00 |
| Westside Nutrition 1909 E Beebe Capps Expy Searcy, AR 72143 | | Vendor | | | | $25,000.00 |

**Fill in this information to identify the case:**

Debtor name     **Timothy Hill Children's Ranch, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...............................................................................................   $    **11,950,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................   $    **1,687,708.23**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................   $    **13,637,708.23**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $    **4,435,707.32**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$    **405,628.83**

4.   Total liabilities ............................................................................................................
    Lines 2 + 3a + 3b                    $    **4,841,336.15**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Timothy Hill Children's Ranch, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:        Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Dime Community Bank** | **Checking account** | **4236** | $573.72 |
| 3.2. | **Dime Community Bank** | **Checking account (Operating)** | **1612** | $69,866.30 |
| 3.3. | **Dime Community Bank** | **Checking account (Fundraising)** | **1604** | $9,904.58 |
| 3.4. | **Dime Community Bank** | **Checking account (Payroll)** | **1778** | $10,196.89 |
| 3.5. | **M&T Bank** | **Checking account (Resident Funds)** | **1127** | $39,336.95 |
| 3.6. | **M&T Bank** | **Checking account ( Summer Camp)** | **2018** | $67.35 |

Debtor     __Timothy Hill Children's Ranch, Inc.__      Case number *(If known)* _____
           Name

| | | | | |
|---|---|---|---|---|
| 3.7. | __M&T Bank__ | __Checking account (Resident Funds)__ | __9034__ | $8,349.80 |
| 3.8. | __M&T Bank__ | __Checking account__ | __1817__ | $3,321.28 |
| 3.9. | __M&T Bank__ | __Checking account__ | __9448__ | $333.50 |
| 3.10. | __Simmons Bank__ | __Checking account (Operating)__ | __9772__ | $7,285.97 |
| 3.11. | __Pinnacle Bank__ | __Checking account__ | __6168__ | $23,471.89 |

4.    **Other cash equivalents** *(Identify all)*

    4.1.    __Charles Schwab Investment Portfolio Bond-Endowment__    $440,000.00

5.    **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $612,708.23 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

    ■ No.  Go to Part 3.
    ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ■ No.  Go to Part 4.
    ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor    **Timothy Hill Children's Ranch, Inc.**_____    Case number *(If known)* _____
　　　　　　　Name

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **Office furniture** **Value: To Be Supplied** | **$0.00** | Liquidation | Unknown |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** **Equipment at all facilities** **Value: To Be Supplied** | **$0.00** | Liquidation | Unknown |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**
　　　Add lines 39 through 42.  Copy the total to line 86.　　　　　　　　　　　　　**$0.00**

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
　　　■ No
　　　☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
　　　■ No
　　　☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Debtor  **Timothy Hill Children's Ranch, Inc.**                    Case number *(If known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 47.1. | **Two 2020 Suburbans, Five 2020 Chevrolet Silverado 2500s, Three 2020 Express 3500s, Two 2020 Chevrolet` Silverado 1500s, One 2022 Chevrolet Expr, Eight 2015 Chevrolets, One 2016 Chevrolet and One 2016 Chevrolet Silverado** | $0.00    Book Value | $125,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Leasehold improvments at 358 Relax Drive, Smithville, TN 37166**                    $0.00    Debtors Estimate    $600,000.00

51.  **Total of Part 8.**

| $725,000.00 |
|---|

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **66 acre ranch located at 298, 294 & 296 Middle Road, Riverhead, NY 11901** | Fee Owner | $0.00 | Debtors Estimate | $6,000,000.00 |
| 55.2. **House located at 2767 Sound Avenue, Riverhead, NY 11901** | Fee Owner | $0.00 | Debtors Estimate | $500,000.00 |

Debtor    **Timothy Hill Children's Ranch, Inc.**                          Case number *(If known)* _____
          <sub>Name</sub>

| | | | | | |
|---|---|---|---|---|---|
| 55.3. | **House located at 254 Middle Road, Riverhead, NY 11901** | Fee Owner | $0.00 | Debtors Estimate | $400,000.00 |
| 55.4. | **Multifamily property located at 128 Norwich Lake, Huntington, MA 01050** | Fee Owner | $0.00 | Debtors Estimate | $3,000,000.00 |
| 55.5. | **House located at 9 Old Farm Road, Riverhead, NY 11901** | Fee Owner | $0.00 | Debtors Estimate | $350,000.00 |
| 55.6. | **Property located at 356 Middle Road, Riverhead, NY 11901** | Fee Owner | $0.00 | Debtors Estimate | $600,000.00 |
| 55.7. | **Property located at 368 Middle Road, Riverhead, NY 11901** | Fee Owner | $0.00 | Debtors Estimate | $500,000.00 |
| 55.8. | **Multifamily property located at 222 Durham Road, Searcy, AR 72143** | Fee Owner | $0.00 | Debtors Estimate | $600,000.00 |

56.    **Total of Part 9.**                                                      $11,950,000.00

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

Current value of
debtor's interest

Debtor    **Timothy Hill Children's Ranch, Inc.**_____        Case number *(If known)* _____
_____Name_____

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

       **401(k) with Insperity**_____        **Unknown**

       **403(b) with Ascensus**_____        **$350,000.00**

78.    **Total of Part 11.**                                          **$350,000.00**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Timothy Hill Children's Ranch, Inc.**_____    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $612,708.23 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $725,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................> | | $11,950,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $350,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,687,708.23 | + 91b. $11,950,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,637,708.23 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Timothy Hill Children's Ranch, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1 Dime Community Bank**
Creditor's Name

**209 W. Main Street
Riverhead, NY 11901**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
1943**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**128 Norwich Lake, Huntington, MA 01050, 9 Old Farm Road, Riverhead, NY 11901, 356 Middle Road, Riverhead, NY 11901, 368 Middle Road, Riverhead, NY 11901**

Describe the lien
**Commercial Mortgage/Blanket UCC**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$2,069,776.97**    Value of collateral: **$4,450,000.00**

**2.2 Dime Community Bank**
Creditor's Name

**209 W. Main Street
Riverhead, NY 11901**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
1612**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Charles Schwab Investment Portfolio Bond**

Describe the lien
**Business Term Loan/Blanket UCC**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$60,039.71**    Value of collateral: **$440,000.00**

Debtor **Timothy Hill Children's Ranch, Inc.**                    Case number (if known) _____
_____
Name

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Dime Community Bank** | Describe debtor's property that is subject to a lien | $187,343.27 | $3,790,000.00 |
|---|---|---|---|---|

Creditor's Name

**128 Norwich Lake, Huntington, MA 01050, 9 Old Farm Road, Riverhead, NY 11901, Charles Schwab Investment Portfolio Bond**

**209 W. Main Street
Riverhead, NY 11901**

Creditor's mailing address

**Describe the lien**
**Business Term Loan/Blanket UCC**

**Is the creditor an insider or related party?**

☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3080**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Enterprise FM Trust** | Describe debtor's property that is subject to a lien | $125,000.00 | $125,000.00 |
|---|---|---|---|---|

Creditor's Name

**Two 2020 Suburbans, Five 2020 Chevrolet Silverado 2500s, Three 2020 Express 3500s, Two 2020 Chevrolet` Silverado 1500s, One 2022 Chevrolet Expr, Eight 2015 Chevrolets, One 2016 Chevrolet and One 2016 Chevrolet Silverado**

**Enterprise Fleet
Management
PO Box 800089
Kansas City, MO
64180-0089**

Creditor's mailing address

**Describe the lien**
**Car Loan**

**Is the creditor an insider or related party?**

☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0019**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **First Fidelity Community Bank** | Describe debtor's property that is subject to a lien | $500,000.00 | $600,000.00 |
|---|---|---|---|---|

Creditor's Name

**222 Durham Road, Searcy, AR 72143**

**1704 University Drive
Batesville, AR 72501**

---

| Debtor | **Timothy Hill Children's Ranch, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's mailing address

**Describe the lien**
**Line of Credit**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8740**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **First Insurance Funding** | **Describe debtor's property that is subject to a lien** | $456,958.13 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Return premium** | | |

**PO Box 7000**
**Carol Stream, IL**
**60197-7000**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Pinnacle Bank** | **Describe debtor's property that is subject to a lien** | $528,661.94 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Leasehold improvements at 358 Relax Drive, Smithville, TN 37166** | | |

**150 Third Avenue South**
**Suite 900**
**Nashville, TN 37201**
Creditor's mailing address

**Describe the lien**
**Line of Credit**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0932**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Timothy Hill Children's Ranch, Inc.** | | Case number *(if known)* | |
| | Name | | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Simmons Bank** |
| | Creditor's Name |

Describe debtor's property that is subject to a lien
**222 Durham Road, Searcy, AR 72143**

$507,927.30          **Unknown**

**501 S. Main Street**
**Pine Bluff, AR 71601**
Creditor's mailing address

Describe the lien
**Line of Credit**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7487**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $4,435,707.32

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

| Fill in this information to identify the case: |
| --- |

Debtor name    **Timothy Hill Children's Ranch, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

**Arkansas Department of Finance
& Administration
Ledbetter Building
1816 W. 7th Street Room 2250
Little Rock, AR 72201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

**Massachusetts Department of
Revenue
Tax Department
Springfield State Office Building
436 Dwight Street #312
Springfield, MA 01103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Timothy Hill Children's Ranch, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address
**Tennessee Department of Revenue**
**500 Deaderick Street**
**Nashville, TN 37219**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**A W Gifford Inc**
**11 Lyman Street**
**Springfield, MA 01103**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

**$522.50**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
**Andres Alexander Ramos**
**Wolf Haldenstein Adler Freeman**
**& Herz LLP**
**270 Madison Avenue**
**New York, NY 10016**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Lawsuit; Index no.: 618541/19**

**Unknown**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
**Ascensus Trust Retirement Plan**
**PO Box 36472**
**Newark, NJ 07188-6472**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee contributions**

**$1,186.25**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
**Bento**
**PO Box 190608**
**San Francisco, CA 94119**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

**$25,000.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
**Brookmeade Hardware & Supply Company**
**1810-A Air Lane Drive**
**Nashville, TN 37210**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

**$365.80**

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Timothy Hill Children's Ranch, Inc.**
Name                                                                    Case number (if known) _____

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |

**Cerini & Associates**
**3340 Veterans Memorial Highway**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,066.83 |

**Chase Bank**
**PO Box 15298**
**Wilmington, DE 19850-5298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,417.31 |

**CIT**
**21146 Network Place**
**Chicago, IL 60673-1211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.00 |

**Consolidated Hospitality Supplies LLC**
**PO Box 677130**
**Dallas, TX 75267-7130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,650.00 |

**Devitt Spellman Barrett LLP**
**50 Route 111**
**Smithtown, NY 11787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,350.98 |

**Dime**
**15 Frowein Road**
**Suite A-3**
**Center Moriches, NY 11934**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |

**Eric Rogers CPA**
**Rogers and Company CPA**
**534 Broadhollow Road**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Timothy Hill Children's Ranch, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229.71 |
|---|---|---|---|

**Fleury Lumber**
**231 Main Street**
**Easthampton, MA 01027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $445.15 |
|---|---|---|---|

**Fox Pest Control Long Island-NY**
**66 S. 2nd Street**
**Unit D**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,437.98 |
|---|---|---|---|

**GardaWorld Security Services**
**PO Box 843886**
**Kansas City, MO 64184-3886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,235.08 |
|---|---|---|---|

**Griffing Hardware Co**
**PO Box 448**
**Riverhead, NY 11901-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,505.81 |
|---|---|---|---|

**Hampton Hills Golf & Country Club**
**PO Box 1087**
**Westhampton, NY 11978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.24 |
|---|---|---|---|

**Henry Schein Inc**
**PO Box 371952**
**Pittsburgh, PA 15250-7952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,481.73 |
|---|---|---|---|

**Imperial Dade**
**PO Box 27305**
**New York, NY 10087-7305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Timothy Hill Children's Ranch, Inc.**                          Case number (if known) _____
        _____
        Name

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| | **Isaura Estevez** | ■ Contingent |
| | **Robert Young & Associates** | ■ Unliquidated |
| | **2284 Babylon Turnpike** | ■ Disputed |
| | **Merrick, NY 11566** | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Lawsuit; Index no.: 605662/23** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$173,492.82** |
| | **J&S Construction** | ☐ Contingent |
| | **1843 Forman Drive** | ☐ Unliquidated |
| | **Cookeville, TN 38501** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Vendor** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| | **Jayme Thode** | ■ Contingent |
| | **Rheingold Giuffra Ruffo & Plotkin LLP** | ■ Unliquidated |
| | **551 Fifth Avenue** | ■ Disputed |
| | **29th Floor** | |
| | **New York, NY 10176** | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Lawsuit; Index no.: 615613/21** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| | **John J. Gubitosi** | ■ Contingent |
| | **Wolf Haldenstein Adler Freeman** | ■ Unliquidated |
| | **& Herz LLP** | ■ Disputed |
| | **270 Madison Avenue** | |
| | **New York, NY 10016** | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Lawsuit; Index no.: 622533/19** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| | **John Joseph Barci** | ■ Contingent |
| | **Wolf Haldenstein Adler Freeman** | ■ Unliquidated |
| | **& Herz LLP** | ■ Disputed |
| | **270 Madison Avenue** | |
| | **New York, NY 10016** | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Lawsuit; Index no.: 622010/19** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$3,930.78** |
| | **Joseph Germana** | ☐ Contingent |
| | **12 Rose Lane** | ☐ Unliquidated |
| | **Wallkill, NY 12589** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Vendor** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$1,633.59** |
| | **Kenny's** | ☐ Contingent |
| | **PO Box 756** | ☐ Unliquidated |
| | **Cutchogue, NY 11935** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Vendor** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | Timothy Hill Children's Ranch, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,082.25 |
|---|---|---|---|

**MityLife Inc**
**PO Box 732698**
**Dallas, TX 75373-2698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,992.44 |
|---|---|---|---|

**Neefus Stype Agency Inc**
**711 Union Avenue**
**PO Box 2340**
**Aquebogue, NY 11931-2340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Premiums__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,646.21 |
|---|---|---|---|

**Peconic Bay Medical Center**
**PO Box 350**
**Plainview, NY 11803-0350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Services__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,455.00 |
|---|---|---|---|

**Philadelphia Insurance Companies**
**PO Box 70251**
**Philadelphia, PA 19176-0251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Premiums__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,071.70 |
|---|---|---|---|

**Pryor Cashman LLP**
**PO Box 22556**
**New York, NY 10087-2556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Legal fees__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,045.62 |
|---|---|---|---|

**Riverhead Building Supply**
**250 David Court**
**Calverton, NY 11933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,178.26 |
|---|---|---|---|

**Sidhal Industries LLC**
**176 Front Street**
**Hempstead, NY 11550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Timothy Hill Children's Ranch, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,636.99 |
|---|---|---|---|

**3.34**

Nonpriority creditor's name and mailing address

**Talmage Enterprises Ltd**
**1122 Osborne Avenue**
**Riverhead, NY 11901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$3,636.99

---

**3.35**

Nonpriority creditor's name and mailing address

**Tech360**
**4 Sunflower Court**
**Holtsville, NY 11742**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$3,400.00

---

**3.36**

Nonpriority creditor's name and mailing address

**The Press News Group**
**PO Box 1207**
**Southampton, NY 11969**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$19.23

---

**3.37**

Nonpriority creditor's name and mailing address

**US Bank Equipment Finance**
**PO Box 790448**
**Saint Louis, MO 63179**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$230.82

---

**3.38**

Nonpriority creditor's name and mailing address

**USA Waste & Recyling**
**PO Box 1000**
**East Windsor, CT 06088**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$663.75

---

**3.39**

Nonpriority creditor's name and mailing address

**Westside Nutrition**
**1909 E Beebe Capps Expy**
**Searcy, AR 72143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$25,000.00

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Andres Alexander Ramos**<br>**Calcaterra Pollack LLP**<br>**1140 Avenue of the Americas 9th Floor**<br>**New York, NY 10036** | Line  **3.2**<br><br>☐ Not listed. Explain ____ | _ |

Debtor    **Timothy Hill Children's Ranch, Inc.**
_____
Name

Case number (*if known*)    _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ 405,628.83 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 405,628.83 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Timothy Hill Children's Ranch, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Foster care services agreement** | |
| State the term remaining | | **County of Albany Department for Children Youth & Families 112 State Street Suite 300 Albany, NY 12207** |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Agreement for the purchase of foster care for children** | |
| State the term remaining | **Expires 6/30/27** | **County of Dutchess Department of Community & Family Service 60 Market Street Poughkeepsie, NY 12601** |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Shelter services  for homeless families with children and/or homeless single adults** | |
| State the term remaining | **Expires 6/30/25** | **County of Suffolk Department of Social Services PO Box 18100 Hauppauge, NY 11788-8900** |
| List the contract number of any government contract | **001-6109-4690-65-00061** | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Agreement for the purchase of foster care for children** | |
| State the term remaining | **Expires 6/30/27** | **County of Suffolk Department of Social Services PO Box 18100 Hauppauge, NY 11788-8900** |
| List the contract number of any government contract | **001-6118-4690-54-00032** | |

| Debtor 1 | **Timothy Hill Children's Ranch, Inc.** | | Case number (*if known*) | |
| | First Name | Middle Name | Last Name | |

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for the purchase of foster care for children** | |
| | State the term remaining | **Expires 12/31/23** | **Essex County Department of Social Services 7551 Court Street PO Box 217 Elizabethtown, NY 12932** |
| | List the contract number of any government contract | **DSS-23-0051** | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for the purshase of foster care for children** | |
| | State the term remaining | | **Livingston County Department of Social Services 1 Murray Hill Drive Adah, PA 15410-1699** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for the purchase of foster care for children** | |
| | State the term remaining | **Expires 12/24** | **Montgomery County Department of Social Services 64 Broadway PO Box 745 Fonda, NY 12068** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for the purchase of foster care for children** | |
| | State the term remaining | | **Nassau County Department of Social Services 60 Charles Lindbergh Blvd Uniondale, NY 11553** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for the purchase of foster care for children** | |
| | State the term remaining | | **Niagara County Department of Social Services PO Box 506 Lockport, NY 14095-0506** |
| | List the contract number of any government contract | | |

Debtor 1   **Timothy Hill Children's Ranch, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.10. State what the contract or lease is for and the nature of the debtor's interest | **Agreement for the purchase of foster care for children** | |
| State the term remaining | | **Schuyler County Department of Social Services 323 Owego Street Unit 3 Montour Falls, NY 14865** |
| List the contract number of any government contract | | |
| 2.11. State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement for 394 Middle Road, Riverhead, NY 11901** | |
| State the term remaining | **Expires 8/31/23** | **Shawn McBurnie 300 Olivia Lane Cutchogue, NY 11935** |
| List the contract number of any government contract | | |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest | **Contract for the provision of Supervised Independent Living programs for youth ages 18-21 who elect to participate in extended foster care** | |
| State the term remaining | **Expires 6/30/27** | **State of Arkansas Division of Children & Family Services PO Box 1437 Slot S561 Little Rock, AR 72203-1437** |
| List the contract number of any government contract | **4600047318** | |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest | **Agreement for the purchase of foster care for children** | |
| State the term remaining | **Expires 10/31/23** | **The County of Jefferson Department of Social Services Human Services Building 250 Arsenal Street Watertown, NY 13601** |
| List the contract number of any government contract | **051.2223.01** | |
| 2.14. State what the contract or lease is for and the nature of the debtor's interest | **Agreement for the purchase of foster care for children** | |
| State the term remaining | | **Wyoming County Department of Social Services PO Box 231 Warsaw, NY 14569** |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Timothy Hill Children's Ranch, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

     **1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

     **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |
| 2.2 | _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |
| 2.3 | _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |
| 2.4 | _____ | Street _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | City    State    Zip Code | | | |

| Fill in this information to identify the case: |
| --- |

| Debtor name | **Timothy Hill Children's Ranch, Inc.** |
| --- | --- |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$9,481,508.00** |
   | **For the fiscal year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$9,994,610.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    Timothy Hill Children's Ranch, Inc.                          Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   To Be Supplied | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Andres Alexander Ramos v Debtor**<br>618541/19 | **Lawsuit** | **Supreme Court**<br>**State of New York**<br>**County of Suffolk** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   **Jayme Thode v Debtor**<br>615613/21 | **Lawsuit** | **Supreme Court**<br>**State of New York**<br>**County of Suffolk** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Timothy Hill Children's Ranch, Inc.**                                   Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **John J. Gubitosi v Debtor**<br>**622533/19** | **Lawsuit** | **Supreme Court**<br>**State of New York**<br>**County of Suffolk** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **John Joseph Barci v Debtor**<br>**622010/19** | | **Supreme Court**<br>**State of New York**<br>**County of Suffolk** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Isaura Estevez v Debtor**<br>**605662/23** | **Lawsuit** | **Supreme Court**<br>**State of New York**<br>**County of Nassau** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Timothy Hill Children's Ranch, Inc.**                                      Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Berger, Fischoff, Shumer, Wexler & Goodman, LLP 6901 Jericho Turnpike Suite 230 Syosset, NY 11791** | **$50,000 plus $1,738 filing fee** | **9/8/23 & 10/2/23** | **$51,738.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Debtor    Timothy Hill Children's Ranch, Inc.    Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    **Timothy Hill Children's Ranch, Inc.**                    Case number *(if known)*

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Cerini & Associates LLP** <br> **3340 Veterans Memorial Highway** <br> **Bohemia, NY 11716** | **2021 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **Cerini & Associates LLP** <br> **3340 Veterans Memorial Highway** <br> **Bohemia, NY 11716** | **2021 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor    **Timothy Hill Children's Ranch, Inc.**                                    Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Cerini & Associates LLP**<br>**3340 Veterans Memorial Highway**<br>**Bohemia, NY 11716** | **2021 to present** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Linda Bateman** | **c/o Timothy Hill Childen's Ranch, Inc.**<br>**298 Middle Country Road**<br>**Riverhead, NY 11901** | **Board Member** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Paul Crouch** | **c/o Timothy Hill Childen's Ranch, Inc.**<br>**298 Middle Country Road**<br>**Riverhead, NY 11901** | **Board Member** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Joseph Ewing** | **c/o Timothy Hill Children's Ranch, Inc.**<br>**298 Middle Country Road**<br>**Riverhead, NY 11901** | **Board Member** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Brishan Hatcher** | **c/o Timothy Hill Children's Ranch, Inc.**<br>**298 Middle Country Road**<br>**Riverhead, NY 11901** | **Board Member** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Yves Lawson** | **c/o Timothy Hill Children's Ranch, Inc.**<br>**c/o 298 Middle Country Road**<br>**Riverhead, NY 11901** | **Board Member** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Chad Smith** | **c/o Timothy Hill Children's Ranch, Inc.**<br>**298 Middle Country Road**<br>**Riverhead, NY 11901** | **Board Member** | |

| Debtor | Timothy Hill Children's Ranch, Inc. | Case number *(if known)* | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Paul Puma | c/o Timothy Hill Children's Ranch, Inc.<br>298 Middle Country Road<br>Riverhead, NY 11901 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Darryl Ford | c/o Timothy Hill Children's Ranch, Inc.<br>298 Middle Country Road<br>Riverhead, NY 11901 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeff DiLandro | c/o Timothy Hill Children's Ranch, Inc.<br>298 Middle Country Road<br>Riverhead, NY 11901 | Vice-President-Executive Committee | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Craig Amodemo | c/o Timothy Hill Children's Ranch, Inc.<br>298 Middle Country Road<br>Riverhead, NY 11901 | Secretary-Executive Committee | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Howard Wright | c/o Timothy Hill Children's Ranch, Inc.<br>298 Middle Country Road<br>Riverhead, NY 11901 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cliff Clark | c/o Timothy Hill Children's Ranch, Inc.<br>298 Middle Country Road<br>Riverhead, NY 11901 | Chairman | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Derick Peterson | c/o Timothy Hill Children's Ranch, Inc.<br>298 Middle Country Road<br>Riverhead, NY 11901 | | Board Member |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor   **Timothy Hill Children's Ranch, Inc.**                                Case number *(if known)*

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 9, 2023**

**/s/ Thaddaeis Hill**                                **Thaddaeis Hill**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **Executive Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of New York

In re    **Timothy Hill Children's Ranch, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Executive Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **October 9, 2023**

Signature    **/s/ Thaddaeis Hill**

**Thaddaeis Hill**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of New York**

In re    **Timothy Hill Children's Ranch, Inc.** _____    Case No. _____
                                    Debtor(s)    Chapter    **11** _____

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **October 9, 2023** _____    **/s/ Thaddaeis Hill** _____
                                    **Thaddaeis Hill/Executive Director**
                                    Signer/Title

Date:    **October 9, 2023** _____    **/s/ Heath S. Berger** _____
                                    Signature of Attorney
                                    **Heath S. Berger**
                                    **Berger, Fischoff, Shumer, Wexler & Goodman, LLP**
                                    **6901 Jericho Turnpike**
                                    **Suite 230**
                                    **Syosset, NY 11791**
                                    **516-747-1136**

A W Gifford Inc
11 Lyman Street
Springfield MA 01103


Andres Alexander Ramos
Wolf Haldenstein Adler Freeman
& Herz LLP
270 Madison Avenue
New York NY 10016


Andres Alexander Ramos
Calcaterra Pollack LLP
1140 Avenue of the Americas 9th Floor
New York NY 10036


Arkansas Department of Finance
& Administration
Ledbetter Building
1816 W. 7th Street Room 2250
Little Rock AR 72201


Ascensus Trust Retirement Plan
PO Box 36472
Newark NJ 07188-6472


Bento
PO Box 190608
San Francisco CA 94119


Brookmeade Hardware & Supply Company
1810-A Air Lane Drive
Nashville TN 37210


Cerini & Associates
3340 Veterans Memorial Highway
Bohemia NY 11716


Chase Bank
PO Box 15298
Wilmington DE 19850-5298


CIT
21146 Network Place
Chicago IL 60673-1211

Consolidated Hospitality Supplies LLC
PO Box 677130
Dallas TX 75267-7130


County of Albany
Department for Children Youth & Families
112 State Street
Suite 300
Albany NY 12207


County of Dutchess
Department of Community & Family Service
60 Market Street
Poughkeepsie NY 12601


County of Suffolk
Department of Social Services
PO Box 18100
Hauppauge NY 11788-8900


County of Suffolk
Department of Social Services
PO Box 18100
Hauppauge NY 11788-8900


Devitt Spellman Barrett LLP
50 Route 111
Smithtown NY 11787


Dime
15 Frowein Road
Suite A-3
Center Moriches NY 11934


Dime Community Bank
209 W. Main Street
Riverhead NY 11901


Dime Community Bank
209 W. Main Street
Riverhead NY 11901


Dime Community Bank
209 W. Main Street
Riverhead NY 11901

Enterprise FM Trust
Enterprise Fleet Management
PO Box 800089
Kansas City MO 64180-0089


Eric Rogers CPA
Rogers and Company CPA
534 Broadhollow Road
Melville NY 11747


Essex County
Department of Social Services
7551 Court Street
PO Box 217
Elizabethtown NY 12932


First Fidelity Community Bank
1704 University Drive
Batesville AR 72501


First Insurance Funding
PO Box 7000
Carol Stream IL 60197-7000


Fleury Lumber
231 Main Street
Easthampton MA 01027


Fox Pest Control Long Island-NY
66 S. 2nd Street
Unit D
Bay Shore NY 11706


GardaWorld Security Services
PO Box 843886
Kansas City MO 64184-3886


Griffing Hardware Co
PO Box 448
Riverhead NY 11901-0448


Hampton Hills Golf & Country Club
PO Box 1087
Westhampton NY 11978

Henry Schein Inc
PO Box 371952
Pittsburgh PA 15250-7952

Imperial Dade
PO Box 27305
New York NY 10087-7305

Isaura Estevez
Robert Young & Associates
2284 Babylon Turnpike
Merrick NY 11566

J&S Construction
1843 Forman Drive
Cookeville TN 38501

Jayme Thode
Rheingold Giuffra Ruffo & Plotkin LLP
551 Fifth Avenue
29th Floor
New York NY 10176

John J. Gubitosi
Wolf Haldenstein Adler Freeman
& Herz LLP
270 Madison Avenue
New York NY 10016

John Joseph Barci
Wolf Haldenstein Adler Freeman
& Herz LLP
270 Madison Avenue
New York NY 10016

Joseph Germana
12 Rose Lane
Wallkill NY 12589

Kenny's
PO Box 756
Cutchogue NY 11935

Livingston County
Department of Social Services
1 Murray Hill Drive
Adah PA 15410-1699


Massachusetts Department of Revenue
Tax Department
Springfield State Office Building
436 Dwight Street #312
Springfield MA 01103


MityLife Inc
PO Box 732698
Dallas TX 75373-2698


Montgomery County
Department of Social Services
64 Broadway
PO Box 745
Fonda NY 12068


Nassau County
Department of Social Services
60 Charles Lindbergh Blvd
Uniondale NY 11553


Neefus Stype Agency Inc
711 Union Avenue
PO Box 2340
Aquebogue NY 11931-2340


Niagara County
Department of Social Services
PO Box 506
Lockport NY 14095-0506


Peconic Bay Medical Center
PO Box 350
Plainview NY 11803-0350


Philadelphia Insurance Companies
PO Box 70251
Philadelphia PA 19176-0251

Pinnacle Bank
150 Third Avenue South
Suite 900
Nashville TN 37201


Pryor Cashman LLP
PO Box 22556
New York NY 10087-2556


Riverhead Building Supply
250 David Court
Calverton NY 11933


Schuyler County
Department of Social Services
323 Owego Street
Unit 3
Montour Falls NY 14865


Shawn McBurnie
300 Olivia Lane
Cutchogue NY 11935


Sidhal Industries LLC
176 Front Street
Hempstead NY 11550


Simmons Bank
501 S. Main Street
Pine Bluff AR 71601


State of Arkansas
Division of Children & Family Services
PO Box 1437
Slot S561
Little Rock AR 72203-1437


Talmage Enterprises Ltd
1122 Osborne Avenue
Riverhead NY 11901


Tech360
4 Sunflower Court
Holtsville NY 11742

Tennessee Department of Revenue
500 Deaderick Street
Nashville TN 37219


The County of Jefferson
Department of Social Services
Human Services Building
250 Arsenal Street
Watertown NY 13601


The Press News Group
PO Box 1207
Southampton NY 11969


US Bank Equipment Finance
PO Box 790448
Saint Louis MO 63179


USA Waste & Recyling
PO Box 1000
East Windsor CT 06088


Westside Nutrition
1909 E Beebe Capps Expy
Searcy AR 72143


Wyoming County
Department of Social Services
PO Box 231
Warsaw NY 14569

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  Timothy Hill Children's Ranch, Inc.                    **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____                    [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____                    [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____                    [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __**Y**__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Heath S. Berger**
_____
**Heath S. Berger**
Signature of Debtor's Attorney
**Berger, Fischoff, Shumer, Wexler & Goodman, LLP**
**6901 Jericho Turnpike**
**Suite 230**
**Syosset, NY 11791**
**516-747-1136**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.