UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:                                                                              Chapter 11

TIMOTHY HILL CHILDREN'S RANCH INC.         Case No.: 23-73821

                             Debtor

-----------------------------------------------------------X

**TO:    THE HONORABLE LOUIS A. SCARCELLA
         UNITED STATES BANKRUPTCY JUDGE**

The Application of TIMOTHY HILL CHILDREN'S RANCH INC.., the Debtor herein by its attorneys Berger, Fischoff, Shumer, Wexler & Goodman, LLP respectfully represents that:

1. This case was commenced by the filing of voluntary Chapter 11 petition under the Bankruptcy Code on October 16, 2023.

2. That the Debtor's Amended Plan of Reorganization filed by the Debtor was confirmed by Order of this Court dated July 19, 2024.

3. Distributions under the Plan were initiated on August 15, 2024.

4. In light of the above, the Plan has been substantially consummated, as that term is defined in 11 U.S.C. §1101.

5. The case is ready to be closed. There are no adversary proceedings that have to be closed.

**WHEREFORE,** the Debtors request this Court enter the Final Decree and Order closing this case.

Dated:     Syosset, New York
             October 3, 2024

BERGER, FISCHOFF, SHUMER,
WEXLER & GOODMAN, LLP
Attorneys for the Debtor &
Debtor-in-Possession

By: _____
Heath S. Berger
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
(516) 747-1136