UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE:                                                                       Chapter 11

TIMOTHY HILL CHILDREN'S RANCH INC.       Case No.: 23-73821

        Debtor

-------------------------------------------------------------X

## FINAL DECREE

Upon the annexed Application of the Debtor, TIMOTHY HILL CHILDREN'S RANCH INC., by their attorneys Berger, Fischoff, Shumer, Wexler & Goodman, LLP and the Court finding that the plan has been substantially consummated and the above named Debtor has made all distributions under the plan; it is hereby

ORDERED, that pursuant to section 350(a) of the Bankruptcy Code and Rule 3022 of the Federal Rules of Federal Procedure, the above captioned Chapter 11 case is closed.