UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
IN RE: Chapter 11

TIMOTHY HILL CHILDREN'S RANCH INC. Case No.: 23-73821-las

Debtor,

----------------------------------------------------------------X

**FINAL DECREE**

Upon the motion for entry of final decree (the "Motion") dated October 3, 2024, of Timothy Hill Children's Ranch Inc. (the "Debtor") [Dkt. No. 108] seeking entry of a final decree closing the Debtor's bankruptcy case pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, all as more fully described in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. §157(b)(2); and the Court having reviewed the Motion; and there being no timely objections to the requested relief; and the Court having found and determined that (i) the relief sought in the Motion and granted herein is in the best interests of the Debtor, its estate and creditors, and all parties in interest, (ii) due and proper notice of the Motion has been given, and (iii) the legal and factual bases set forth in the Motion demonstrate sufficient and just cause for the relief granted herein; therefore it is

HEREBY ORDERED THAT:

1. The Motion is granted to the extent set forth herein.

2. Pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, the above-captioned chapter 11 case shall be closed.

3. The Clerk of the Court shall enter this Order and Final Decree on the Debtor's chapter 11 case docket on the 15th day after the entry of this Order and Final Decree, the docket shall be marked as "Closed."

4. This Court shall retain jurisdiction to construe and enforce the terms of this Order and Final Decree.

No objection:

***/S/ Stan Y. Yang 11/4/2024***
Office of the United States Trustee

**Dated: November 5, 2024**
**Central Islip, New York**




Louis A. Scarcella
United States Bankruptcy Judge